### CASON *v.* GRIZZLE *et al.*

COBB, J. The motion for a new trial was upon the general grounds only. The evidence authorized the verdict, and there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Argued October 6, — Decided October 30, 1902.

Complaint. Before Judge Holden. Hancock superior court. April 7, 1902.

*W. H. Burwell,* for plaintiff in error.
*L. D. McGregor* and *R. H. Lewis,* contra.